# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2014

Robert P. Young, Jr.,
Chief Justice

150573 & (4)(5)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LORETTA ROBINSON, Personal
Representative of the ESTATE OF DANELLA
JONES, Deceased,
         Plaintiff-Appellee,

v

SC: 150573
COA: 324905
Oakland CC: 2014-139608-NO

ST. JOHN HEALTH, d/b/a ST. JOHN
PROVIDENCE HEALTH SYSTEM and
PROVIDENCE HOSPITAL AND MEDICAL
CENTERS, INC.,
         Defendants-Appellants.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered and, it appearing to this Court that the case of *Krusac v Covenant Medical Center, Inc* (Docket No. 149270) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

The motion for stay is GRANTED. We ORDER that trial court proceedings, and Court of Appeals proceedings in Docket No. 324905, are stayed until further order of this Court. We further ORDER that neither the redacted nor the unredacted incident report is to be used or disseminated until further order of this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2014



t1216

Clerk